No. 99-579

IN THE SUPREME COURT OF THE STATE OF MONTANA

2000 MT 237

IN RE THE MARRIAGE OF,

JENNIFER L. SCHMIEDING,

Petitioner/ Respondent,

v.

PETER SCHMIEDING,

Respondent/ Appellant.

APPEAL FROM: District Court of the Eighteenth Judicial District,

In and for the County of Gallatin,

The Honorable Thomas A. Olson, Judge presiding.

COUNSEL OF RECORD:

For Appellant:

Mark L. Guenther, Nash, Guenther & Zimmer, Bozeman, Montana

For Respondent:

Edmund P. Sedivy, Jr., Sedivy, White & White, Bozeman, Montana

Submitted on Briefs: February 24, 2000
Decided: August 29, 2000

Filed:

_____

Clerk

Justice William E. Hunt, Sr. delivered the Opinion of the Court.

¶1 On May 28, 1997, Respondent, Jennifer Schmieding (Jennifer), petitioned the Eighteenth Judicial District Court, Gallatin County, for dissolution of her marriage to Appellant, Peter Schmieding (Peter). This matter proceeded to a four-day trial held from October 1, 1998, until October 8, 1998. On April 6, 1999, the District Court issued its Findings of Fact and Conclusions of Law equitably distributing the marital assets and liabilities, determining child support and maintenance, and awarding Jennifer her attorney fees and costs. Following a hearing, the District Court ordered Peter to reimburse Jennifer's attorney fees and costs totaling $26,561.88. On August 25, 1999, the District Court entered its Decree of Dissolution incorporating the amount of attorney fees and costs. Peter now appeals the award of attorney fees to Jennifer. We Affirm.

¶2 The only issue on appeal is:

Did the District Court abuse its discretion in awarding petitioner her attorney fees and costs.

## FACTUAL BACKGROUND

¶3 At the time of trial, October 1, 1998, Jennifer and Peter had been married eighteen years. The parties' three teenage sons were ages 16, 16, and 12, Michael and Matthew being twins. Peter was age 42 and Jennifer was age 41.

¶4 During the marriage, Jennifer worked primarily as a homemaker, caring for and raising the parties' children and performing the many tasks of managing the household. In the initial months of the parties' marriage, before the twins were born, she assisted Peter in his dental practice as a receptionist and dental assistant. Other than that, she was not employed outside of the home until the winter of 1997-98, when she took seasonal employment at Big Sky as a ski patroller, where